OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

21CV666
[11]
cts

GREENSBORO NC 270
30 NOV 2021PM 6 L

RECEIVED In This Office

DEC 01 2021
228 CB
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.



neopost
11/30/2021
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 27401
041L11240987



INSPECTED

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L

