IN THE UNITED STATES DISTRICT COURT

FOR THE MDDLE DISTRICT OF NORTH CAROLINA

FILED
DEC - 2 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By____

| | |
|---|---|
| TAMMY MCCRAE-COLEY | |
| (Pro Se) Plaintiff | |
| V. | |
| STARTER HOME PROGRAMS INC. | |
| dba | |
| RENTOOWNHOMEFINDER.COM, | |
| STARTER HOME INVESTING INC. | Civil Action No. 1:21-cv-00666 |
| dba | **PLAINTIFF'S PROOF OF** |
| RENTOOWNHOMEFINDER.COM, | **SERVICE ON ALL DEFENDANTS** |
| STARTER HOME PROGRAMS INC. | |
| dba | |
| LENDING CLOUD HOMES, | |
| STARTER HOME INVESTING INC. | |
| dba | |
| LENDING CLOUD HOMES. | |

NATIONS INFO CORPORATION

dba CREDITREVIEW.CO,


NATIONS INFO CORPORATION

dba YOURCREDITSCOREANDMORE.COM,


RENT TO OWN CORP.

dba Yourrent2own.com.

**Defendants**

## PLAINTIFF'S PROOF OF

## SERVICE ON ALL DEFENDANTS

Plaintiff provides the following information in response to the 11/30/2021 NOTICE TO PLAINTIFF OF FAILURE TO MAKE SERVICE WITHIN 90 DAYS. All Defendants have been timely and properly served. The original Affidavits of Service of Process documents were filed in the State of North Carolina, Guilford County, Superior Court prior to the Defendant's Removal of this case. Details of each Service of each Defendant is below and copies of the filed affidavits and proof of service is attached hereto as **"EXIHIBIT A"**.

## PROOF OF SERVICE – June 17, 2021 Initial Complaint

**Defendant: STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES**

Recipient: Attorney Edward Winkler

Delivered Delivered/Signed June 22, 2021

Via: USPS

Address: 956 3 Mile Road NW, Grand rapids, MI US, 4954

**Defendant: STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES**

Recipient:   Attorney Edward Winkler –

Delivered    Delivered/Signed   June 22, 2021

Via:         USPS

Address:     956 3 Mile Road NW, Grand rapids, MI US, 49544


## PROOF OF SERVICE – July 06, 2021 Amended Complaint

**Defendant: STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES**

Recipient:   Edward Winkler – Starter Homes Inv – Lending Cloud

Delivered    Delivered/Signed   Jüly 28, 2021

Via:         FedEx

Address:     956 3 Mile Road NW, Grand rapids, MI US, 49544


**Defendant: STARTER HOME INVESTING INC. dba RENTTOOWNHOMEFINDER.COM**

Recipient:   Edward Winkler – Starter Homes Investing – Rent

Delivered    Delivered/Signed   July 28, 2021

Via:        FedEx

Address:    956 3 Mile Road NW, Grand rapids, MI US, 49544


**Defendant: STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES**

Recipient:  Edward Winkler – Starter Homes Programs

Delivered   Delivered/Signed    July 28, 2021

Via:        FedEx

Address:    956 3 Mile Road NW, Grand rapids, MI US, 49544


**Defendant: STARTER HOME PROGRAMS INC. dba RENTTOOWNHOMEFINDER.COM**

Recipient:  Edward Winkler – Starter Homes Programs – Rent

Delivered   Delivered/Signed    July 28, 2021

Via:        FedEx

Address:    956 3 Mile Road NW, Grand rapids, MI US, 49544


**Defendant: RENT TO OWN CORP. dba Yourrent2own.com**

Recipient 1: Tim Chin CEO, Get Rent To Own Corp

Delivered   Delivered/Signed    July 28, 2021

Via:        FedEx

Address:    25350 Magic Mountain Pkwy #300, Valencia, CA US 91355


Recipient 2:  Ryan Fell CEO, Get Rent To Own Corp

Delivered   Delivered/Signed   July 30, 2021

Via:        FedEx

Address:    25350 Magic Mountain Pkwy #300, Valencia, CA US 91355


**Defendant: NATIONS INFO CORPORATION dba CREDITREVIEW.CO**

Recipient:  Ryan Fell – CEO, Nations Info Corp – Credit Review

Delivered   Delivered/Signed   July 30, 2021

Via:        FedEx

Address:    6950 Hollister Ave. STE 104, Goleta, CA US 93117


**Defendant: NATIONS INFO CORPORATION dba YOURCREDITSCOREANDMORE.COM**

Recipient:  David Teng CEO Nations Info Corp

Delivered   Delivered/Signed   July 29, 2021

Via:        FedEx

Address:    6950 Hollister Ave. STE 104, Goleta, CA US 93117

In addition, I have included a copy of the Defendant's (Starter Home Programs Inc. dba Renttoownhomefinder.com, Starter Home Investing Inc. dba Renttoownhomefinder.com, Starter Home Programs Inc. dba Lending Cloud Homes, and Starter Home Investing Inc. dba Lending Cloud Homes) August 25, 2021 MOTION AND ORDER FOR EXTENSION OF TIME **where the Defendant write that "Defendants were each served on or about July 28, 2021"** attached hereto as "**EXHIBIT B**".

This 2nd day of December 2021

T. Coy

Tammy McCrae-Coley

TammyColeyjd@gmail.com

1400 Battleground Ave.

Suite 116 – L

Greensboro, NC 27408

336-491-3163

# CERTIFICATE OF SERVICE

This is to certify that the Plaintiff has this day served the foregoing **Plaintiff's Proof of Service on all Defendants** on STARTER HOME PROGRAMS INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME INVESTING INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES, STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES, NATIONS INFO CORPORATION dba CREDITREVIEW.CO, NATIONS INFO CORPORATION dba YOURCREDITSCOREANDMORE.COM and RENT TO OWN CORP. dba Yourrent2own.com By depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the following:

      Attorney Edward Winkler

      Starter Home Programs, Inc.

      Starter Home Investing, Inc.

      956  3 Mile Road N.W.

      Grand Rapids, MI 49544


      William M. Butler

      Mark A. Nebrig

      MOORE & VAN ALLEN, PLLC

      100 North Tryon Street, Floor 47

Charlotte, NC 28201-4003

Telephone: (704) 331-1000

marknebrig@mvalaw.com

billbutler@mvalaw.com


Sean M. Sullivan

DAVIS WRIGHT TREMAINE LLP

865 South Figueroa Street, 24th Floor

Los Angeles, CA 90017 – 2566

Telephone (213) 633- 8644

seansullivan@dwt.com


This the 2nd day of December, 2021.

*T. C* (signature)

Tammy McCrae-Coley

TammyColeyjd@gmail.com

1400 Battleground Ave.

Suite 116 – L

Greensboro, NC 27408

336-491-3163