# EXIHIBIT

# A

| STATE OF NORTH CAROLINA | File No. 21CVS6053 |
|---|---|
| GUILFORD County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

LJS

FILED
2021 AUG -2 A 10: 35
GUILFORD CO., C.S.C.

**Name Of Plaintiff(s)**
Tammy McCrae-Coley

VERSUS

**Name Of Defendant**
Starter Home Investing Inc.

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☒ CERTIFIED MAIL
☐ DESIGNATED DELIVERY SERVICE

G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☒ certified mail (return receipt requested), BY ☐ designated delivery service (delivery receipt requested),
a copy of the summons and complaint ☐ and other document(s) *(list)* Summons and Complaint only

in the above captioned action to *(name of person to be served)* Attorney Edward Winkler
addressed as follows: Attorney Edward Winkler
Starter Home Programs Inc.
956 3Mile Road NW
Grand Rapid, Michigan 49544

AUG 05 2021

Further, that copies of the summons and complaint ☒ and the above listed other document(s) *(check, if applicable)* were in fact received by the defendant on *(date of receipt)* 06/22/2021, as evidenced by the attached original receipt.
*(Attach original receipt or electronic proof of signature confirmation to this affidavit.)*

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney T. C. M |
|---|---|
| Date 7/26/21 | Signature Of Person Authorized To Administer Oaths Phylisa Johnson | Name (type or print) Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths | |
| ☒ Notary | Date My Commission Expires 03/19/2023 |
| [Notary Seal: PHYLISA JOHNSON NOTARY PUBLIC GUILFORD COUNTY, NC] | County Where Notarized Guilford |

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attorney Edward Winkler
Starter Home Programs Inc.
956 3Mile Rd. NW
Grand Rapid Michigan 49455

9590 9402 6316 0296 4885 28

2. Article Number *(Transfer from service label)*
7020 0640 0001 1963 2982

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Ed W[...]  ☒ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 6-22-21
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 21CVS6053 |
|---|---|---|
| GUILFORD County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

**Name Of Plaintiff(s)**
Tammy McCrae-Coley

**VERSUS**

**Name Of Defendant**
Starter Home Investing Inc.

FILED
2021 AUG -2 A 10: 35
GUILFORD CO. C.S.C.
BY ___

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☒ CERTIFIED MAIL
☐ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☒ certified mail (return receipt requested), ☐ designated delivery service (delivery receipt requested), a copy of the summons and complaint ☐ and other document(s) (list) Summons and Complaint only

in the above captioned action to (name of person to be served) Attorney Edward Winkler
addressed as follows: Edward Winkler
Starter Home Investing Inc.
956 3Mile Road NW
Grand Rapid, Michigan 49544

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) 06/22/2021, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date 7/26/21

Signature Of Person Authorized To Administer Oaths: Phylisa Johnson

Title Of Person Authorized To Administer Oaths

☒ Notary

Date My Commission Expires: 08/19/2023

County Where Notarized: Guilford

Signature Of Plaintiff/Attorney: T.C.M

Name (type or print): Tammy McCrae-Coley

[Notary Seal: PHYLISA JOHNSON, NOTARY PUBLIC, GUILFORD COUNTY, NC]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Edward Winkler (Attrny)
Starte Home Investing Inc
956 3Mile Rd NW
Grand Rapid Michigan 49544

9590 9402 6316 0296 4885 35

2. Article Number (Transfer from service label)
7020 0640 0001 1963 2999

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X ___ ☐ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery 6-28-21
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___red Mail
☐ ___red Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts

LJS

**STATE OF NORTH CAROLINA**

GUILFORD County

File No. 21CVS6053

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff(s) |
|---|
| Tammy McCrae-Coley |

**VERSUS**

| Name Of Defendant |
|---|
| Starter Home Investing Inc. dba - Lending Cloud Home |

FILED
2021 AUG -2 A 10: 36
GUILFORD CO, C.S.C.

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2),

I, the undersigned, did mail by  ☐ registered mail (return receipt requested),  ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint  ☐ and other document(s) (list) Summons and Complaint only
BY _____

in the above captioned action to (name of person to be served) Attorney Edward Winkler
addressed as follows: Edward Winkler
Starter Home Inv - Lending Cloud
956 3Mile Road NW
Grand Rapid, Michigan 49544

AUG 05 2021

Further, that copies of the summons and complaint  ☒ and the above listed other document(s) (check, if applicable)  were in fact
received by the defendant on (date of receipt) _07/28/2021_, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney |
|---|---|
| Date 8/2/2021 — Signature Of Person Authorized To Administer Oaths: Matt Hennessey | Name (type or print) Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths: FSO | |
| ☒ Notary — Date My Commission Expires 4/4/2024 | |
| County Where Notarized: Guilford | |

SEAL — MATTHEW HENNESSEY — NOTARY PUBLIC — WAKE COUNTY, NC

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281870078380

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.ONEILL | Delivery Location: | 956 3 MILE RD NW |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Grand Rapids, MI, 49544 |
| | | Delivery date: | Jul 28, 2021 12:31 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 281870078380 | Ship Date: | Jul 26, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
EDWARD WINKLER, STARTER HOMES INV-LENDING CLOUD
956 3 MILE ROAD NW
Grand Rapids, MI, US, 49544

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx

| | |
|---|---|
| **STATE OF NORTH CAROLINA** | File No. 21CVS6053 |
| GUILFORD County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

FILED 2021 AUG -2 A 10:31 GUILFORD CO., C.S.C.

Name Of Plaintiff(s): Tammy McCrae-Coley

VERSUS

Name Of Defendant: Starter Home Investing Inc. dba - Renttoownhomefinder.com

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested), ☒ designated delivery service (delivery receipt requested), a copy of the summons and complaint ☐ and other document(s) (list) Summons and Complaint only

in the above captioned action to (name of person to be served) Attorney Edward Winkler
addressed as follows: Edward Winkler
Starter Home Investing - Rent
956 3Mile Road NW
Grand Rapid, Michigan 49544

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) 07/28/2021, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date: 8/2/2021

Signature Of Person Authorized To Administer Oaths: Matto Hennssy

Title Of Person Authorized To Administer Oaths: FSO

☒ Notary

Date My Commission Expires: 4/4/2024

County Where Notarized: Guilford

SEAL — MATTHEW HENNESSEY, NOTARY PUBLIC, WAKE COUNTY, NC

Signature Of Plaintiff/Attorney: TCM
Name (type or print): Tammy McCrae-Coley

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281870481930

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.ONEILL | Delivery Location: | 956 3 MILE RD NW |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Grand Rapids, MI, 49544 |
| | | Delivery date: | Jul 28, 2021 12:31 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 281870481930 | Ship Date: | Jul 26, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
EDWARD WINKLER, STARTER HOMES INVESTING-RENT
956 3 MILE ROAD NW
Grand Rapids, MI, US, 49544

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx

| STATE OF NORTH CAROLINA | File No. 21CVS6053 |
|---|---|
| GUILFORD County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

**FILED**
2021 AUG -2  A 10: 36
GUILFORD CO., C.S.C.
BY: _____

| Name Of Plaintiff(s)<br>Tammy McCrae-Coley | **AFFIDAVIT OF SERVICE OF PROCESS BY**<br>☐ REGISTERED MAIL |
|---|---|
| VERSUS | ☐ CERTIFIED MAIL |
| Name Of Defendant<br>Starter Home Programs Inc. dba - Lending Cloud Homes | ☒ DESIGNATED DELIVERY SERVICE<br>G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2) |

I, the undersigned, did mail by  ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint  ☐ and other document(s) (list) Summons and Complaint only

in the above captioned action to (name of person to be served) Attorney Edward Winkler
addressed as follows: Edward Winkler
Starter Home Programs
956 3Mile Road NW
Grand Rapid, Michigan 49544

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact
received by the defendant on (date of receipt) 07/28/2021, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney<br>*[signature]* |
|---|---|
| Date 8/2/2021  Signature Of Person Authorized To Administer Oaths *[signature]* | Name (type or print)<br>Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths<br>FSO | |
| ☒ Notary  Date My Commission Expires 4/4/2024 | |
| SEAL  County Where Notarized Guilford | |

*[Notary seal: MATTHEW HENNESSEY, NOTARY PUBLIC, WAKE COUNTY, NC]*

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



August.01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281870203035

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.ONEILL | Delivery Location: | 956 3 MILE RD NW |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Grand Rapids, MI, 49544 |
| | | Delivery date: | Jul 28, 2021 12:31 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 281870203035 | Ship Date: | Jul 28, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
EDWARD WINKLER, STARTER HOMES PROGRAMS
956 3 MILE ROAD NW
Grand Rapids, MI, US, 49544

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR.
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx

LJS

| STATE OF NORTH CAROLINA | File No. |
|---|---|
| GUILFORD County | 21CVS6053 |
| | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff(s)<br>Tammy McCrae-Coley | AFFIDAVIT OF SERVICE OF PROCESS BY |
|---|---|
| VERSUS | FILED ☐ REGISTERED MAIL<br>☐ CERTIFIED MAIL |
| Name Of Defendant<br>Starter Home Programs Inc. dba Renttoownfinder.com | 2021 AUG -2 A 10: 36 ☒ DESIGNATED DELIVERY SERVICE<br>G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2) |

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint ☐ and other document(s) (list) Summons and Complaint only
BY
in the above captioned action to (name of person to be served) Attorney Edward Winkler
addressed as follows: Starter Home Programs - Rent
Edward Winkler
956 3Mile Road NW
Grand Rapid, Michigan 49544

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact
received by the defendant on (date of receipt) 07/28/2021, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney<br>T. C. |
|---|---|
| Date<br>8/2/2021 | Signature Of Person Authorized To Administer Oaths | Name (type or print)<br>Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths<br>FSO | |
| ☒ Notary | Date My Commission Expires<br>4/4/2024 |
| SEAL | County Where Notarized<br>Guilford |

[Notary seal: MATTHEW HENNESSEY, NOTARY PUBLIC, WAKE COUNTY, NC]

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts

Case 1:21-cv-00666-CCE-JLW Document 13-1 Filed 12/02/21 Page 10 of 19



August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281870348375

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.ONEILL | Delivery Location: | 956 3 MILE RD NW |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Grand Rapids, MI, 49544 |
| | | Delivery date: | Jul 28, 2021 12:31 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 281870348375 | Ship Date: | Jul 26, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
EDWARD WINKLER, STARTER HOMES PROGRAMS-RENT
956 3 MILE ROAD NW
Grand Rapids, MI, US, 49544

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx

# STATE OF NORTH CAROLINA

**File No.** 21CVS6053

GUILFORD County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE

G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

FILED 2021 AUG -2 A 10:51 GUILFORD CO. C.S.C.

BY _____ AUG 05 2021

**Name Of Plaintiff(s)**
Tammy McCrae-Coley

VERSUS

**Name Of Defendant**
GET RENT TO OWN CORP. dba Yourrent2own.com

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint ☐ and other document(s) (list) Summons and Complaint only

in the above captioned action to (name of person to be served) Tim Chin CEO

addressed as follows: Tim Chin CEO
GET RENT TO OWN CORP. #300
25350 Magic Mountain Pkwy
Valencia, Ca 91355

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) 07/28/2021, as evidenced by the attached original receipt.

*(Attach original receipt or electronic proof of signature confirmation to this affidavit.)*

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

**Signature Of Plaintiff/Attorney**
T. C.

**Date** 8/2/2021

**Signature Of Person Authorized To Administer Oaths**
Matt Hennessey

**Name (type or print)**
Tammy McCrae-Coley

**Title Of Person Authorized To Administer Oaths**
FSO

☒ Notary

**Date My Commission Expires**
4/4/2024

**SEAL**

**County Where Notarized**
Guilford

[Notary seal: MATTHEW HENNESSEY NOTARY PUBLIC WAKE COUNTY, NC]

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281869379543

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.TORRES | Delivery Location: | 27420 TOURNEY RD 200 |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Valencia, CA, 91355 |
| | | Delivery date: | Jul 28, 2021 13:09 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 281869379543 | Ship Date: | Jul 26, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
TIM CHIN CEO, GET RENT TO OWN CORP
25350 MAGIC MOUNTAIN PKWY # 300
Valencia, CA, US, 91355

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

Thank you for choosing FedEx

**LJS**

| STATE OF NORTH CAROLINA | File No. 21CVS6053 |
|---|---|
| GUILFORD County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

FILED
2021 AUG -2 A 10: 36
GUILFORD CO. C.S.C.

**Name Of Plaintiff(s)**
Tammy McCrae-Coley

**VERSUS**

**Name Of Defendant**
GET RENT TO OWN CORP. dba Yourrent2own.com

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested), ☒ designated delivery service (delivery receipt requested), a copy of the summons and complaint ☐ and other document(s) (list) Summons and Complaint only

AUG 05 2021

in the above captioned action to (name of person to be served) Ryan Fell - CEO
addressed as follows: Ryan Fell - CEO
GET RENT TO OWN CORP.
25350 Magic Mountain Pkwy
Valencia, Ca 91355

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) 07/30/2021, as evidenced by the attached original receipt.
*(Attach original receipt or electronic proof of signature confirmation to this affidavit.)*

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney<br>T.C.M |
|---|---|
| Date 8/2/2021 | Signature Of Person Authorized To Administer Oaths<br>Matthew Hennessey | Name (type or print)<br>Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths<br>FSO | |
| ☒ Notary | Date My Commission Expires 4/4/2024 | |
| SEAL | County Where Notarized<br>Guilford | |

[Notary Seal: MATTHEW HENNESSEY NOTARY PUBLIC WAKE COUNTY, NC]

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281869718439

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | R.FELL | Delivery Location: | 27420 TOURNEY RD 160 |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Valencia, CA, 91355 |
| | | Delivery date: | Jul 30, 2021 11:52 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 281869718439 | Ship Date: | Jul 26, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
RYAN FELL CEO, GET RENT TO OWN CORP
25350 MAGIC MOUNTAIN PKWY
Valencia, CA, US, 91355

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx

| STATE OF NORTH CAROLINA | | File No. 21CVS6053 |
|---|---|---|
| GUILFORD County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |
| Name Of Plaintiff(s)<br>Tammy McCrae-Coley | FILED | AFFIDAVIT OF SERVICE OF PROCESS BY<br>☐ REGISTERED MAIL |
| VERSUS | 2021 AUG -2  A 10: 31 | ☐ CERTIFIED MAIL<br>☒ DESIGNATED DELIVERY SERVICE |
| Name Of Defendant<br>NATIONS INFO CORPORATION dba CREDITREVIEW CO | GUILFORD CO., N.C.<br>BY | G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2) |

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint ☐ and other document(s) *(list)* Summons and Complaint only

AUG 05 2021

in the above captioned action to *(name of person to be served)* Ryan Fell - CEO
addressed as follows: Ryan Fell - CEO
Nations Info Corp - Creditreview
6950 Hollister Ave. Ste 104
Goleta, Ca 93117

Further, that copies of the summons and complaint ☒ and the above listed other document(s) *(check, if applicable)* were in fact received by the defendant on *(date of receipt)* 07/30/2021, as evidenced by the attached original receipt.
*(Attach original receipt or electronic proof of signature confirmation to this affidavit.)*

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney |
|---|---|
| Date 8/2/2021 | Signature Of Person Authorized To Administer Oaths | Name (type or print) Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths FSO | |
| ☒ Notary | Date My Commission Expires 4/4/2024 |
| | County Where Notarized Guilford |

*Notary seal: MATTHEW HENNESSEY, NOTARY PUBLIC, WAKE COUNTY, NC*

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281897440189

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | D.CAMPOS | Delivery Location: | 6950 HOLLISTER AVE 104 |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Goleta, CA, 93117 |
| | | Delivery date: | Jul 30, 2021 14:08 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 281897440189 | Ship Date: | Jul 27, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
RYAN FELL- CEO, NATIONS INFO CORP-CREDIT REVIEW
6950 HOLLISTER AVE STE 104
Goleta, CA, US, 93117

Shipper:
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx

| STATE OF NORTH CAROLINA | | File No. 21CVS6053 |
|---|---|---|
| GUILFORD County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |
| Name Of Plaintiff(s)<br>Tammy McCrae-Coley | | **AFFIDAVIT OF SERVICE OF PROCESS BY**<br>☐ REGISTERED MAIL<br>☐ CERTIFIED MAIL<br>☒ DESIGNATED DELIVERY SERVICE |
| **VERSUS** | | |
| Name Of Defendant<br>NATIONS INFO CORPORATION dba yourscoreandmore.com | | G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2) |

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint ☐ and other document(s) (list) Summons and Complaint only

in the above captioned action to (name of person to be served) David Teng - CEO
addressed as follows: David Teng - CEO
Nations Info Corp
6950 Hollister Ave. Ste 104
Goleta, Ca 93117

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) 07/29/2021, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney<br>T. C. M |
|---|---|
| Date 8/2/2021  Signature Of Person Authorized To Administer Oaths | Name (type or print)<br>Tammy McCrae-Coley |
| Title Of Person Authorized To Administer Oaths<br>FSO | |
| ☒ Notary  Date My Commission Expires 4/4/2024 | |
| County Where Notarized Guilford | |

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts

**FedEx**

August 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 281869903773

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | G.GAO | Delivery Location: | 6950 HOLLISTER AVE 104 |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Goleta, CA, 93117 |
| | | Delivery date: | Jul 29, 2021 14:07 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 281869903773 | Ship Date: | Jul 26, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
DAVID TENG CEO, NATIONS INFO CORP
6950 HOLLISTER AVE STE 104
Goleta, CA, US, 93117

**Shipper:**
TAMMY MCCRAECOLEY,
6117 MUIRFIELD DR
Greensboro, NC, US, 27410

FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx
FedEx FedEx FedEx FedEx FedEx FedEx FedEx FedEx

Thank you for choosing FedEx