# EXIHIBIT

# B

LJS

August 25, 2021

**FILED**

2021 AUG 26 P 4:48

GUILFORD CO., C.S.C.

BY _____

Guilford County Superior Court
Attn: Court Clerk
201 S. Eugene Street
Greensboro, NC 27401

RE: Case# 21CVS6053

Dear Clerk of Superior Court,

Enclosed you will find four copies of Defendants Motion for filing of response or otherwise plead to the Plaintiff's Complaint, pursuant to Rule 6 (b) of the Rules of Civil Procedure, as well as, four copies of the Order to that effect and a copy of the Proof of Service. If you have any questions, please contact me at (616) 485-6566 (cell) or (616)570-0320 (office).

Sincerely

Edward Winkler
Corporate Counsel

EFW
Enclosures


NORTH CAROLINA COURTS



### State of North Carolina
### General Court of Justice
# CLERK OF SUPERIOR COURT
## GUILFORD COUNTY

LISA JOHNSON-TONKINS, CLERK
EX OFFICIO JUDGE OF PROBATE

PO BOX 3008
GREENSBORO, NC 27402-3008
(336) 412-7300

PO BOX 2434
HIGH POINT, NC 27261
(336) 822-6700

August 27, 2021

Attn: Mr. Edward Winkler

Re: 21CVS 6053

    Your motion for an order for Extension of Time to answer the Plaintiff's Complaint is not signed for the following reason(s):

\_\_\_\_ Defendants were served on by the sheriff, therefore this motion is late.

\_\_\_ The motion or order filed needs to be corrected. Please amend Order.

\_\_\_\_Other: Orders for Extensions of Time are not signed in Small Claims Cases.

\_X\_\_Pursuant to G.S. 84-5; A corporation cannot represent itself in court and may only appear through an attorney.

\_\_\_\_This case is set for trial on , 2021 session by the District Court Judge's office. This order will need a judge's signature.

\_\_\_\_There was no order received for signature. You or an attorney will need to prepare an order for the Clerk's office to be able to process your motion for extension.

\_\_\_\_\_This case was placed in an inactive status. See the order in the file for further details.

\_\_\_\_Your order will need a Judge's signature. Clerk cannot grant. See GS 40A-46

\_\_\_\_. Your order will need a judge's signature.

\_\_\_\_Entry of Default was entered on

\_\_\_\_All Discovery to be completed by , 2021 per order of Judge of 2021.
. This order will need a judge's signature.

\_\_\_\_Venue of this case was transferred to

CELEBRATE.NCCOURTS.ORG

____This case is in business court, therefore this order will need a signature by a Business Court Judge.

____Notice of Removal to US District Court for the Middle District of NC was filed on

____This case was dismissed by the

____Consent Motions and/or orders need to have the signature of all attorneys or parties involved with the motion and order.

____Other: This is a second request for the same discovery. This order will need a judge's signature.

____Other: Self-addressed stamped envelopes are needed for future return mail.

____There is no record of service filed in the Clerk of Superior Court for the Defendant. Clerk unable to determine the date of service on the defendant in this case.

____The Clerk's office does not enter extension orders to answer motions.

____Provide a copy of the certificate of service served on Plaintiff to show the date of service.

____There is no statutory provision for extending time to object to foreign judgments.

Respectfully,

*[signature]*

Charlene Williams-Asst. CSC

(336) 412-7400

STATE OF NORTH CAROLINA	IN THE GENERAL COURT OF JUSTICE
	SUPERIOR COURT DIVISION
COUNTY OF GUILFORD	21 CVS 6053

FILED
2021 AUG 26 P 4:49
GUILFORD

| | |
|---|---|
| TAMMY MCCRAE-COLEY, | ) |
| Pro Se Plaintiff, | ) |
| | ) MOTION AND ORDER |
| STARTER HOME PROGRAMS INC. | ) |
| Dba RENTTOOWNHOMEFINDER.COM, | ) FOR |
| | ) |
| STARTER HOME INVESTING INC. | ) EXTENSION OF TIME |
| Dba RENTTOOWNHOMEFINDER.COM, | ) |
| | ) |
| STARTER HOME PROGRAMS INC. | ) |
| dba LENDING CLOUD HOMES, | ) |
| | ) |
| STARTER HOME INVESTING INC. | ) |
| dba LENDING CLOUD HOMES, | ) |
| | ) |
| NATIONS INFO CORPORATION | ) |
| dba CREDITREVIEW.CO, | ) |
| | ) |
| NATIONS INFO CORPORATION | ) |
| dba YOURCREDITSCOREANDMORE.COM, | ) |
| | ) |
| GET RENT TO OWN CORP. | ) |
| dba Yourrent2own.com. | ) |
| | ) |
| Defendants. | ) |

---

Defendants Starter Home Investing Inc., and Starter Home Programs Inc., move to allow the time for filing of response or otherwise plead to the Plaintiff's Complaint and moves the Court, pursuant to Rule 6 (b) of the Rules of Civil Procedure, to extend the time therefore until September 26, 2021, for the reason that said Defendants are located outside on North Carolina and need additional time to prepare their responses. Defendants were each served on or about July 28, 2021.

This the 25th day of August 2021.

_____
Edward Winkler
956 3 Mile Road N.W.
Grand Rapids, MI 49544
(616) 570-0320

THIS CAUSE BEING heard by the undersigned Clerk of Superior Court on motion of Defendants Starter Home Investing Inc. and Starter Home Programs Inc., for an order extending time in which to answer or otherwise plead to Plaintiff's Complaint pursuant to Rule 6 of the Rules of Civil Procedure; and it appearing to the Court that the time allowed has not expired and that the motion should be allowed.

IT IS, THEREFORE, ORDERED that the time in which the Defendants, may file responds or otherwise pleads to the Plaintiff's Complaint be extended to and including the 26 day of September, 2021.

This the ___ day of _____, ____,

_____
Clerk of Superior Court

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2021, Defendants Motion and Order for Extension of Time was served on the Plaintiff by depositing a copy in the United States mail, postpaid, addressed as follows:

2021 AUG 26 P 4: 49

Tammy McCrae-Coley
1400 Battleground
Suite 116-L
Greensboro, NC 27408

GUILFORD
BY

This the 25th day of August 2021.

Edward Winkler
956 3 Mile Road N.W.
Grand Rapids, MI 49544
(616) 570-0320