# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

John S. Brubaker, Clerk

December 29, 2021

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L
Greensboro, NC 27408

Re: Tammy McCrae-Coley  v Starter Home Programs, Inc., et al.
Civil Action 1:21cv666

Dear Ms. McCrae-Coley:

To date an answer has not been filed by the  defendants Starter Home Programs, Inc., d/b/a Rentoownhomefinder.com, Starter Home Investing, Inc., d/b/a Rentoownhomefinder.com, Starter Home Programs, Inc., d/b/a Lending Cloud Homes and Start Home Investing, Inc., d/b/a Lending Cloud Homes and the court has not received any correspondence from you.

Within 10 days of the receipt of this letter, advise me if you wish to proceed with this action.

Sincerely,

JOHN S. BRUBAKER, CLERK

By: /s/ Robin Winchester
        Case Manager

JSB/rw