John S. Brubaker, Clerk
United States District Court
Middle District Of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

      Re: Tammy McCrae-Coley v. Starter Home Programs, Inc., et al.
         Civil Action 1:21 cv666

Dear Mr. Brubaker:

Please find enclosed Plaintiff's Motion To File - 2nd Amended Complaint. With respect to the Defendants Starter Home Programs, Inc. dba Renttoownhomefinder.com, Starter Home Investing, Inc., dba Renttoownhomefinder.com, Starter Home Programs Inc., dba Lending Cloud Homes and Starter Home Investing, Inc. dba Lending Cloud Homes I will attempt to serve them and if there is no answer to the 2nd Amended Complaint I will file a Motion for Entry of Default in a timely manner.

Because of the impending deadline I am contemporaneously requesting the written consent to this motion from the Counsels for the Defendants.

                                        TCMY 01/05/22
                                        Tammy McCrae-Coley
                                        TammyColeyjd@gmail.com
                                        1400 Battleground Ave.
                                        Suite 116 – L
                                        Greensboro, NC 27408
                                        336-491-3163