John S. Brubaker, Clerk
United States District Court
Middle District Of North Carolina
324 West Market Street
Greensboro, North Carolina 27402



Re: Tammy McCrae-Coley v. Starter Home Programs, Inc., et al.
Civil Action 1:21 cv666

Mr. Brubaker:

The participating parties in this case does not oppose the Motion to Grant Leave to File a 2nd Amended Complaint – See the attached email.

Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116 – L
Greensboro, NC 27408
336-491-3163



Tammy McCrae-Coley <tammycoleyjd@gmail.com>

## RE: Tammy McCrae-Coley v. Starter Home Programs Inc. d/b/a http://Renttoownhomefinders.com, et al.

**Sullivan, Sean** <SeanSullivan@dwt.com>  Fri, Jan 7, 2022 at 6:24 PM
To: Tammy McCrae-Coley <tammycoleyjd@gmail.com>, "marknebrig@mvalaw.com" <marknebrig@mvalaw.com>, "billbutler@mvalaw.com" <billbutler@mvalaw.com>
Cc: "Harris, Jordan" <JordanHarris@dwt.com>, "Keegan, Dee" <DeeKeegan@dwt.com>

Hello Ms. McCrae-Coley

We do not intend to oppose your motion seeking leave to file the second amended complaint, although that is obviously without waiver of our rights to challenge any of the claims and/or allegations made in the second amended complaint.

Thanks

Sean

**Sean Sullivan | Davis Wright Tremaine LLP**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8644 | Fax: (213) 633-6899
Email: seansullivan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Tammy McCrae-Coley <tammycoleyjd@gmail.com>
**Sent:** Wednesday, January 05, 2022 3:04 PM
**To:** marknebrig@mvalaw.com; billbutler@mvalaw.com
**Cc:** Sullivan, Sean <SeanSullivan@dwt.com>
**Subject:** Tammy McCrae-Coley v. Starter Home Programs Inc. d/b/a http://Renttoownhomefinders.com, et al.

[EXTERNAL]

Hello Attorneys Butler and Nebrig,

Please review the attached. If possible, please respond by 01/07/2022.

Regards,

Tammy McCrae-Coley