OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

GREENSBORO NC 270
3 JAN 2022 PM 2 L

neopost
12/29/2021
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 27401
041L11240987

INSPECTED

1:21CV666
[14]

JAN 10 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

111 CB

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L
Greensboro, NC 27408

NIXIE        274   DE 1         0001/07/22
           RETURN TO SENDER
                VACANT
           UNABLE TO FORWARD
BC: 27401254401      *0280-06623-03-37

