# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Tammy McCrae-Coley

    v.                                                      Case Number: 1:21CV00666

Starter Home Programs, Inc., et al

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

        **PLACE:**    **John Hervey Wheeler**
                                  **United States Courthouse**
                                  **323 E. Chapel Hill St., Durham, NC**
**COURTROOM NO.:**    **Second Floor Courtroom**
**DATE AND TIME:**    **June 22, 2022 at 9:30 a.m.**
**PROCEEDING:**    **Initial Pretrial Conference**

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) including the **L.R. 5.4 & 5.5.** **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: April 18, 2022

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD