IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMMY MCCRAE-COLEY, | ) | |
| Plaintiff, | ) | |
| | ) | 1:21 – CV - 00666 |
| V. | ) | |
| STARTER HOMES PROGRAMS | ) | |
| INC., et al., | ) | |
| Defendants. | ) | |

**REQUEST FOR ENTRY OF DEFAULT**

**To: Clerk of Court**

    Now comes Plaintiff Tammy McCrae-Coley who hereby requests the entry of default as to Defendants Starter Home Investing, Inc. dba Renttoownhomefinder.com, Starter Home Programs, Inc. dba Renttoownhomefinder.com, Starter Home Investing, Inc. dba Lending Cloud Homes, Starter Home Investing, Inc. dba Lending Cloud Homes, Xanadu Marketing, Inc. individually (Assumed Name Apex Page Builder), and dba Cloudbasedpersonalloans.com and Xanadutracking.com, and Insurance-reviewed.com pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to answer or otherwise plead within the time allowed by law. An Affidavit in support of this request is attached hereto.

                                                            So entered:

                                                            JOHN H. BRUBAKER, Clerk

_T. C. M_                              By:_____

Tammy McCrae-Coley, Pro Se Plaintiff        Deputy Clerk

## CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff has this day served the foregoing **AFFIDAVIT FOR ENTRY OF DEFAULT and REQUEST FOR ENTRY OF** on STARTER HOME PROGRAMS INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME INVESTING INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES, STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES, NATIONS INFO CORPORATION dba CREDITREVIEW.CO, NATIONS INFO CORPORATION dba YOURCREDITSCOREANDMORE.COM, RENT TO OWN CORP. dba Yourrent2own.com, XANADU MARKETING, INC individually (Assumed Name APEX PAGE BUILDER), and dba CLOUDBASEDPERSONALLOANS.COM and XANADUTRACKING.COM, and INSURANCE-REVIEWED.COM By depositing a copy hereof, via regular mail, postage paid and email, addressed to the following:

| | |
|---|---|
| Attorney Edward Winkler<br>Starter Home Programs, Inc.<br>dba Renttoownhomefinders.com<br>956 3 Mile Road N.W.<br>Grand Rapids, MI 49544<br>legal.cbc@gmail.com | Attorney Edward Winkler<br>Starter Home Programs, Inc.<br>dba Lending Cloud Homes<br>956 3 Mile Road N.W.<br>Grand Rapids, MI 49544<br>legal.cbc@gmail.com |
| Attorney Edward Winkler<br>Starter Home Investing, Inc.<br>dba Renttoownhomefinders.com<br>956 3 Mile Road N.W.<br>Grand Rapids, MI 49544<br>legal.cbc@gmail.com | Attorney Edward Winkler<br>Starter Home Investing, Inc.<br>dba Lending Cloud Homes<br>956 3 Mile Road N.W.<br>Grand Rapids, MI 49544<br>legal.cbc@gmail.com |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff has this day served the foregoing Default
AFFIDAVIT FOR ENTRY OF DEFAULT and REQUEST FOR ENTRY OF Default on
STARTER HOME PROGRAMS INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME INVESTING INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES, STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES, NATIONS INFO CORPORATION dba CREDITREVIEW.CO, NATIONS INFO CORPORATION dba YOURCREDITSCOREANDMORE.COM, RENT TO OWN CORP. dba Yourrent2own.com, XANADU MARKETING, INC individually (Assumed Name APEX PAGE BUILDER), and dba CLOUDBASEDPERSONALLOANS.COM and XANADUTRACKING.COM, and INSURANCE-REVIEWED.COM By depositing a copy hereof, via regular mail, postage paid and email, addressed to the following:

| Attorney Edward Winkler | Attorney Edward Winkler |
|---|---|
| Starter Home Programs, Inc. | Starter Home Programs, Inc. |
| dba Renttoownhomefinders.com | dba Lending Cloud Homes |
| 956 3 Mile Road N.W. | 956 3 Mile Road N.W. |
| Grand Rapids, MI 49544 | Grand Rapids, MI 49544 |
| legal.cbc@gmail.com | legal.cbc@gmail.com |

| Attorney Edward Winkler | Attorney Edward Winkler |
|---|---|
| Starter Home Investing, Inc. | Starter Home Investing, Inc. |
| dba Renttoownhomefinders.com | dba Lending Cloud Homes |
| 956 3 Mile Road N.W. | 956 3 Mile Road N.W. |
| Grand Rapids, MI 49544 | Grand Rapids, MI 49544 |
| legal.cbc@gmail.com | legal.cbc@gmail.com |

Attorney Edward Winkler
Xanadu Marketing, Inc.
dba Apex Page Builder
956 3 Mile Road N.W.
Grand Rapids, MI 49544
legal.cbc@gmail.com

Attorney Edward Winkler
Xanadu Marketing, Inc.
dba Cloudbasedpersonalloans.com
956 3 Mile Road N.W.
Grand Rapids, MI 49544
legal.cbc@gmail.com

Attorney Edward Winkler
Xanadu Marketing, Inc
dba XanaduTracking.com
956 3 Mile Road N.W.
Grand Rapids, MI 49544
legal.cbc@gmail.com

Attorney Edward Winkler
Xanadu Marketing, Inc.
956 3 Mile Road N.W.
Grand Rapids, MI 49544

legal.cbc@gmail.com

William M. Butler
Mark A. Nebrig
Get Rent To Own Corp
dba Yourrent2own.com
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003
Telephone: (704) 331-1000
marknebrig@mvalaw.com
billbutler@mvalaw.com

Attorney Edward Winkler
Insurance-Reviewed.com
956 3 Mile Road N.W.
Grand Rapids, MI 49544
legal.cbc@gmail.com

William M. Butler
Mark A. Nebrig
Nations Info Corporation
dba Yourscoreandmore.com
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003
Telephone: (704) 331-1000
marknebrig@mvalaw.com
billbutler@mvalaw.com

William M. Butler
Mark A. Nebrig
Nations Info Corporation
dba Creditreview.co
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003
Telephone: (704) 331-1000
marknebrig@mvalaw.com
billbutler@mvalaw.com

Sean M. Sullivan

DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017 – 2566
Telephone (213) 633- 8644
seansullivan@dwt.com

This  9th  day of June, 2022.

T.C.M

Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116 – L
Greensboro, NC 27408
336-491-3163