IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMMY MCCRAE-COLEY, | ) | |
| Plaintiff, | ) | |
| | ) | 1:21 – CV - 00666 |
| V. | ) | |
| STARTER HOMES PROGRAMS | ) | |
| INC., et al., | ) | |
| Defendants. | ) | |



FILED JUN 0 9 2022

RECEIVED In This Office JUN 0 9 2022 CLERK U.S. DISTRICT COURT GREENSBORO, N.C.

## AFFIDAVIT FOR ENTRY OF DEFAULT

TAMMY MCCRAE-COLEY, hereby declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746(2) that the following statements are true and correct:

I hereby make application to the Clerk of this Court for entry of default as to defendants Starter Home Investing, Inc. dba Renttoownhomefinder.com, Starter Home Programs, Inc. dba Renttoownhomefinder.com, Starter Home Investing, Inc. dba Lending Cloud Homes, Starter Home Investing, Inc. dba Lending Cloud Homes, Xanadu Marketing, Inc. individually
(Assumed Name Apex Page Builder), and dba Cloudbasedpersonalloans.com and Xanadutracking.com and Insurance-reviewed.com pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

1. The aforementioned defendants were all personally served through their Registered Agent, Edward Winkler, with copies of Plaintiff's Summons and 2nd Amended Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

2. Upon Plaintiff's information and belief, the defendants all being Michigan corporations with their principal place of business in Grand Rapids, Michigan, are neither infants or incompetent persons requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and are not serving with the armed forces of the United States entitled to the protections of 50 U.S.C. Section 520;

3. These defendants have neither answered nor otherwise responded formally to the Plaintiff's Summonses and 2nd Amended Complaint, and the time to do so, as provided by Rule 12(a), Federal Rules of Civil Procedure, has expired;

4. Copies of this Affidavit and the Motion seeking entry of default which are being filed herewith, will be served upon all the parties via regular mail, postage prepaid and email.

_T.C. _____
Tammy McCrae-Coley, Pro Se Plaintiff

Date: 6/9/2022