| | | |
|---|---|---|
| TAMMY MCCRAE-COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-666 |
| | ) | |
| STARTER HOMES PROGRAMS INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND NOTICE OF INTENT TO FILE MOTION TO SET ASIDE ENTRY OF DEFAULT

The undersigned B. Tyler Brooks and the Law Office of B. Tyler Brooks, PLLC, hereby file this notice of appearance as counsel for defendants Starter Programs Homes, Inc., d/b/a renttoownhomefinder.com and Lending Cloud Homes; Starter Home Investing, Inc., d/b/a renttoownhomefinder.com and Lending Cloud Homes; Xanadu Marketing, Inc., individually (assumed name Apex Page Builder), d/b/a cloudbasedpersonalloans.com and xanadutrucking.com; and Insurance-Reviewed.com (collectively hereinafter, "Defendants" or "answering Defendants") and respectfully ask that all orders, pleadings, motions, notices, and other papers in this case be served upon them.

Notice is hereby further given that these defendants intend to promptly file a motion and supporting memorandum seeking to set aside the Clerk's June 10, 2022 entry of default against them.

Respectfully submitted, this the <u>13th</u> day of June, 2022.

LAW OFFICE OF B. TYLER BROOKS, PLLC

<u>BY: /s/B. Tyler Brooks</u>
B. Tyler Brooks
N.C. Bar No. 37604
P.O. Box 10767
Greensboro, North Carolina 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
btb@btylerbrookslawyer.com

*Counsel for Defendants Starter Programs*
*Homes, Inc., Starter Home Investing, Inc.,*
*Xanadu Marketing, Inc., and Insurance*
*Reviewed.com*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on June 13, 2022.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the counsel of record for the co-defendants indicated below.  It has also been mailed via First Class U.S. Mail to the *pro se* plaintiff at the below physical addresses.

/s/B. Tyler Brooks<br>
B. Tyler Brooks

**SERVED:**

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L
Greensboro, NC 27408

*Pro se Plaintiff*

Mark A. Nebrig
William M. Butler
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
marknebrig@mvalaw.com
billbuter@mvalaw.com

Sean M. Sullivan
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
seansullivan@dwt.com

3

*Counsel for Defendants Nations Info Corp.*
*d/b/a Creditreview.com and*
*YourScoreandMore.com and*
*Get Rent to Own Corp.*
 *d/b/a Yourrent2own.com*

4