**IN THE UNITED STATED DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
Civil Action No. 1:21-cv-00666

| | |
|---|---|
| **TAMMY MCCRAE-COLEY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **STARTER HOME PROGRAMS INC.**<br>Dba RENTTOOWNHOMEFINDER.COM, | )<br>)<br>) |
| **STARTER HOME INVESTING INC.**<br>Dba RENTTOOWNHOMEFINDER.COM, | )<br>)<br>) |
| **STARTER HOME PROGRAMS INC.**<br>Dba LENDING CLOUD HOMES, | )<br>)<br>) |
| **STARTER HOME INVESTING INC.**<br>Dba LENDING CLOUD HOMES, | )<br>)<br>) |
| **NATIONS INFO CORPORATION**<br>Dba CREDITREVIEW.CO, | )<br>)<br>) |
| **NATIONS INFO CORPORATION**<br>Dba YOURSCOREANDMORE.COM, | )<br>)<br>) |
| **GET RENT TO OWN CORP.**<br>Dba YOURRENT2OWN.COM, | )<br>)<br>) |
| **XANADU MARKETING, INC.**<br>**individually** (Assumed Name APEX PAGE BUILDER), and dba CLOUDBASEDPERSONALLOANS.COM and XANADUTRACKING.COM | )<br>)<br>)<br>)<br>)<br>) |
| **INSURANCE-REVIEWED.COM** | )<br>) |
| **Defendants.** | )<br>) |

**LR 5.5 REPORT FOR THE FILING OF SEALED DOCUMENTS**

Pursuant to LR 5.5, Defendants Nations Info Corporation and Get Rent To Own Corp. hereby submit the following report regarding the filing of sealed documents.

1. [X] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

2. [__] Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

3. [X] Default: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

4. [__] Alternative Proposal for Cases with Many Confidential Documents. In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

5. [ ] Other relevant information: _____

This the 20th day of June, 2022.

/s/ William M. Butler
Mark A. Nebrig (N.C. Bar No. 28710)
William M. Butler (N.C. Bar No. 49116)
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 339-5869
marknebrig@mvalaw.com
billbuter@mvalaw.com

Sean M. Sullivan
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-8644
Facsimile: (213) 633-6899
seansullivan@dwt.com

*ATTORNEYS FOR DEFENDANTS NATIONS INFO CORP. D/B/A CREDITREVIEW.CO AND YOURSCOREANDMORE.COM AND GET RENT TO OWN CORP. D/B/A YOURRENT2OWN.COM*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 20, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the counsel of record for the co-defendants indicated below. It has also been email and mailed via First Class U.S. Mail to the pro se plaintiff as follows.

> Tammy McCrae-Coley
> 1400 Battleground Avenue
> Suite 116-L
> Greensboro, NC 27408
> tammycoleyjd@gmail.com
>
> *Pro se Plaintiff*
>
> B. Tyler Brooks
> N.C. Bar No. 37604
> LAW OFFICE OF B. TYLER BROOKS, PLLC
> P.O. Box 10767
> Greensboro, North Carolina 27404
> Telephone: (336) 707-8855
> Fax: (336) 900-6535
> btb@btylerbrookslawyer.com
>
> *Counsel for Defendants Starter Programs Homes, Inc., Starter Home Investing, Inc., Xanadu Marketing, Inc., and Insurance Reviewed.com*

/s/ William M. Butler
William M. Butler