IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMMY MCCRAE-COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21CV666 |
| | ) | |
| STARTER HOMES PROGRAMS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING JOINT RULE 26(f) REPORT AND LOCAL RULE 5.5 REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 30) submitted by the parties.[1] The Court has also reviewed the Local Rule 5.5 Report (Docket Entry 31) submitted by Defendants Nations Info Corp. and Get Rent to Own Corp. which adopts the default procedures of Local Rule 5.4(c) regarding filing documents under seal. The Court approves both reports without modification.

Joe L. Webster
United States Magistrate Judge

Date: June 21, 2022

---

[1] Plaintiff Tammy McCrae-Coley and Defendants Starter Home Programs, Inc., Starter Home Investing, Inc., Nations Info Corp. and Get Rent to Own Corp. attended the meeting pursuant to Fed. R. Civ. P. 26(f) and LR16.1(b). (*See* Docket Entry 30 at 2.)