UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

TAMMY MCCRAE-COLEY

       Plaintiff(s),     )
                                     )   Case No.: 1:21-cv-666
vs. STARTER HOMES PROGRAMS )
     INC., et al.                )
       Defendant(s).     )

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Starter Programs Homes, Inc who is Defendant ,
(Name of Party)         (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

      ( ) Yes          (✓) No

2. Does party have any parent corporations?

      ( ) Yes          (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

/s/B. Tyler Brooks                 6/27/2022
_____      _____
(Signature)                                      (Date)

MDNC (01/03)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 27, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the counsel of record for defendants indicated below. It has also been mailed to the *pro se* plaintiff at the below physical address.

/s/B. Tyler Brooks
B. Tyler Brooks

**SERVED:**

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L
Greensboro, NC 27408

*Pro se Plaintiff*

Mark A. Nebrig
William M. Butler
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
marknebrig@mvalaw.com
billbuter@mvalaw.com

3

Sean M. Sullivan
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
seansullivan@dwt.com

*Counsel for Defendants Nations Info Corp.*
*d/b/a Creditreview.com and*
*YourScoreandMore.com and*
*Get Rent to Own Corp.*
 *d/b/a Yourrent2own.com*