IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TAMMY MCCRAE-COLEY,              )
        Plaintiff,              )
                                 )    1:21 – CV - 00666
        V.                       )    Initial Disclosures
STARTER HOMES PROGRAMS            )
INC., et al.,                     )
        Defendants.             )

This document is submitted pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) during ongoing litigation based on information currently available to Plaintiff at this time and the Plaintiff reserves the right to modify as the case develops.

## Discoverable Information

### 1. Xanadu, Starter Home Investing and Starter Homes Programs

**Joe Delfgauw** – President of Defendants

    Overall knowledge of Defendants operation
    Overall knowledge of other Defendants
    Alleged opt-in information

**Edward Winkler** - Defendants' General Counsel
    Overall knowledge of Defendants operation
    Knowledge of previous communications
    Alleged opt-in information

**Corporate Custodians of records (names unknown)** - (Xanadu, Starter Home Investing and Starter Homes Programs - including employees of texting company)
    Texting and calling information/software
    Alleged opt-in information

**Corporate Employee(s)** of the call center (renttoownhomefinders.com)
    Information concerning call(s) to Plaintiff.

**Seller(s)** of Plaintiff's Information/Lead details

**Owner and custodian of records** of www.mommiessavingsclub.com – Information concerning the website and the websites referenced on the site.

## 2. Nations Info Corp and Yourrent2own.com

**Tim Chin CEO** (Nations Info Corp and Yourrent2own.com)

    Overall knowledge of operations, Knowledge of lead history and Relationship between the parties.

**Corporate Custodians of records (names unknown)** - (Nations Info Corp and Yourrent2own.com)
    Texting and calling information and detail
    Alleged opt-in information

**Seller(s)** of Plaintiff's Information/Lead details of capture of the alleged consent.

## Potential Damages:

| | | | |
|---|---|---|---|
| Federal - | TCPA | (8 text and 1 call) = 9 calls | DNC $500-$1500 each |
| | Auto dialer | (8 text and 1 call) = 9 calls | ATDS $500-$1500 each |
| State - | 1st call | $500.00 | |
| | 2nd call | $1000.00 | |
| | 3rd – 9th call | $5000.00 each | |

With possible Treble damages on state damages

**Insurance:** Not Applicable

**Witnesses:** No witnesses identified at this time

The Plaintiff reserves the right to modify this information as the case develops.

This _5th__ day of July, 2022.

Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116-L
Greensboro, NC 27408
336-491-316

# CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff has this day served the foregoing **INITIAL DISCLOSURES** on STARTER HOME PROGRAMS INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME INVESTING INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES, STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES, NATIONS INFO CORPORATION dba CREDITREVIEW.CO, NATIONS INFO CORPORATION dba YOURCREDITSCOREANDMORE.COM, RENT TO OWN CORP. dba Yourrent2own.com, XANADU MARKETING, INC individually (Assumed Name APEX PAGE BUILDER), and dba CLOUDBASEDPERSONALLOANS.COM and XANADUTRACKING.COM, and INSURANCE-REVIEWED.COM By depositing a copy hereof, via regular mail, postage paid addressed to the following:

| | |
|---|---|
| Attorney B. Tyler Brooks<br>Starter Home Programs, Inc.<br>dba Renttoownhomefinders.com<br>P.O. Box 10767<br>Greensboro, NC 27407 | Attorney B. Tyler Brooks<br>Starter Home Programs, Inc.<br>dba Lending Cloud Homes<br>P.O. Box 10767<br>Greensboro, NC 27407 |
| Attorney B. Tyler Brooks<br>Starter Home Investing, Inc.<br>dba Renttoownhomefinders.com<br>P.O. Box 10767<br>Greensboro, NC 27407 | Attorney B. Tyler Brooks<br>Starter Home Investing, Inc.<br>dba Lending Cloud Homes<br>P.O. Box 10767<br>Greensboro, NC 27407 |
| Attorney B. Tyler Brooks<br>Xanadu Marketing, Inc.<br>dba Apex Page Builder<br>P.O. Box 10767<br>Greensboro, NC 27407 | Attorney B. Tyler Brooks<br>Xanadu Marketing, Inc.<br>dba Cloudbasedpersonalloans.com<br>P.O. Box 10767<br>Greensboro, NC 27407 |

Attorney B. Tyler Brooks
Xanadu Marketing, Inc
dba XanaduTracking.com
P.O. Box 10767

Greensboro, NC 27407

Attorney B. Tyler Brooks
Xanadu Marketing, Inc.
P.O. Box 10767
Greensboro, NC 27407

William M. Butler
Mark A. Nebrig
Get Rent To Own Corp
dba Yourrent2own.com
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003

Attorney B. Tyler Brooks
Insurance-Reviewed.com
P.O. Box 10767
Greensboro, NC 27407

William M. Butler
Mark A. Nebrig
Nations Info Corporation
dba Yourscoreandmore.com
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003

William M. Butler
Mark A. Nebrig
Nations Info Corporation
dba Creditreview.co
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003

Sean M. Sullivan
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017 – 2566

This 7th day of July, 2022.

T.C. M
Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116 – L
Greensboro, NC 27408
336-491-3163