# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| **TAMMY MCCRAE-COLEY,**<br>Pro Se Plaintiff,<br><br>v.<br><br>**STARTER HOME PROGRAMS INC.**<br>Dba RENTTOOWNHOMEFINDER.COM,<br><br>**STARTER HOME INVESTING INC.**<br>Dba RENTTOOWNHOMEFINDER.COM,<br><br>**STARTER HOME PROGRAMS INC.**<br>dba LENDING CLOUD HOMES,<br><br>**STARTER HOME INVESTING INC.**<br>dba LENDING CLOUD HOMES,<br><br>**NATIONS INFO CORPORATION**<br>dba CREDITREVIEW.CO,<br><br>**NATIONS INFO CORPORATION**<br>dba YOURSCOREANDMORE.COM,<br><br>**GET RENT TO OWN CORP.**<br>dba YOURRENT2OWN.COM.<br><br>**XANADU MARKETING, INC individually**<br>(Assumed Name APEX PAGE BUILDER), and<br>dba CLOUDBASEDPERSONALLOANS.COM<br>and XANADUTRACKING.COM<br><br>**INSURANCE-REVIEWED.COM**<br><br>Defendants. | Civil Action No. <u>1:21-cv-00666</u><br><br>Plaintiff's Response<br>to the Defendants Motion to Set<br>Aside the Entry of Default |

## PLAINTIFF"S RESPONSE TO THE DEFENDANT"S MOTION TO SET ASIDE THE ENTRY OF DEFAULT

While Plaintiff does not consent to Defendants' *Motion to Set Aside or Vacate Entry of Default and Leave to File Answer*, she has no objection to it nor does she wish to be heard further on this particular matter.

This the _15th_ day of July, 2022.

T. C. *(signature)*

TammyColeyjd@gmail.com

1400 Battleground Ave.

Suite 116 – L

Greensboro, NC 27408

336-491-3163

# CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff has this day served the foregoing **PLAINTIFF'S RESPONSE TO THE DEFENDANTS MOTION TO SET ASIDE THE ENTRY OF DEFAULT** on STARTER HOME PROGRAMS INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME INVESTING INC. dba RENTOOWNHOMEFINDER.COM, STARTER HOME PROGRAMS INC. dba LENDING CLOUD HOMES, STARTER HOME INVESTING INC. dba LENDING CLOUD HOMES, NATIONS INFO CORPORATION dba CREDITREVIEW.CO, NATIONS INFO CORPORATION dba YOURCREDITSCOREANDMORE.COM, RENT TO OWN CORP. dba Yourrent2own.com, XANADU MARKETING, INC individually (Assumed Name APEX PAGE BUILDER), and dba CLOUDBASEDPERSONALLOANS.COM and XANADUTRACKING.COM, and INSURANCE-REVIEWED.COM By depositing a copy hereof, via regular mail, postage paid addressed to the following:

| | |
|---|---|
| Attorney B. Tyler Brooks<br>Starter Home Programs, Inc.<br>dba Renttoownhomefinders.com<br>dba Lending Cloud Homes<br>P.O. Box 10767<br>Greensboro, NC 27404 | Attorney B. Tyler Brooks<br>Starter Home Investing, Inc.<br>dba Renttoownhomefinders.com<br>dba Lending Cloud Homes<br>P.O. Box 10767<br>Greensboro, NC 27404 |
| Attorney B. Tyler Brooks<br>Xanadu Marketing, Inc.<br>dba Apex Page Builder<br>dba Cloudbasedpersonalloans.com<br>dba XanaduTracking.com<br>P. O. Box 10767<br>Greensboro, NC 27404 | Attorney B. Tyler Brooks<br>Xanadu Marketing, Inc.<br>Indivdually and<br>dba XanaduTracking.com<br>P. O. Box 10767<br>Greensboro, NC 27404 |
| William M. Butler<br>Mark A. Nebrig<br>Get Rent To Own Corp<br>dba Yourrent2own.com<br>MOORE & VAN ALLEN, PLLC<br>100 North Tryon Street, Floor 47<br>Charlotte, NC 28201-4003 | Attorney B. Tyler Brooks<br>Insurance-Reviewed.com<br>P.O. Box 10767<br>Greensboro, NC 27404 |

William M. Butler
Mark A. Nebrig
Nations Info Corporation
dba Yourscoreandmore.com
dba Creditreview.co
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28201-4003

Sean M. Sullivan
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017 – 2566

Sean M. Sullivan
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017 – 2566

This _15th_ day of July, 2022.

T. C. M

Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116 – L
Greensboro, NC 27408
336-491-3163