# ORDER GRANTING MOTION FOR ELECTRONIC

The COURT has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED. IT IS SO ORDERED

This \_\_\_\_ day of July 2022

                                                                              JUDGE Catherine Caldwell Eagles