# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **TAMMY MCCRAE-COLEY,**<br>　　Pro Se Plaintiff,<br><br>　　v.<br><br>**STARTER HOME PROGRAMS, INC.**<br>Dba RENTTOOWNHOMEFINDER.COM,<br><br>**STARTER HOME INVESTING INC.**<br>Dba RENTTOOWNHOMEFINDER.COM,<br><br>**STARTER HOME PROGRAMS INC.**<br>dba LENDING CLOUD HOMES,<br><br>**STARTER HOME INVESTING INC.**<br>dba LENDING CLOUD HOMES,<br><br>**NATIONS INFO CORPORATION**<br>dba CREDITREVIEW.CO,<br><br>**NATIONS INFO CORPORATION**<br>dba YOURSCOREANDMORE.COM,<br><br>**GET RENT TO OWN CORP.**<br>dba YOURRENT2OWN.COM.<br><br>**XANADU MARKETING, INC individually**<br>(Assumed Name APEX PAGE BUILDER), and dba CLOUDBASEDPERSONALLOANS.COM and XANADUTRACKING.COM<br><br>**INSURANCE-REVIEWED.COM**<br><br>　　Defendants. | **Civil Action No. <u>1:21-cv-00666</u>**<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

# STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tammy McCrae-Coley ("Plaintiff") and Defendants Nations Info Corporation d/b/a Creditreview.co and YourScoreandMore.com, and Get Rent to Own Corp. d/b/a YourRent2Own.com (collectively "the Nations Info Defendants" and together with Plaintiff, the "Parties") in the above-captioned matter stipulate to and jointly request that the Court enter an order dismissing with prejudice all of Plaintiff's claims in this action against the Nations Info Defendants, without award of fees or costs to either Plaintiff or the Nations Info Defendants.

| | |
|---|---|
| /s/ William M. Butler <br> Mark A. Nebrig (N.C. Bar No. 28710) <br> William M. Butler (N.C. Bar No. 49116) <br> MOORE & VAN ALLEN, PLLC <br> 100 North Tryon Street, Floor 47 <br> Charlotte, NC 28202-4003 <br> Telephone: (704) 331-1000 <br> Facsimile: (704) 339-5869 <br> marknebrig@mvalaw.com <br> billbuter@mvalaw.com <br><br> Sean M. Sullivan <br> DAVIS WRIGHT TREMAINE LLP <br> 865 South Figueroa Street, 24th Floor <br> Los Angeles, CA 90017-2566 <br> Telephone: (213) 633-8644 <br> Facsimile: (213) 633-6899 <br> seansullivan@dwt.com <br><br> *ATTORNEYS FOR DEFENDANTS NATIONS INFO CORP. D/B/A CREDITREVIEW.CO AND YOURSCOREANDMORE.COM AND GET RENT TO OWN CORP. D/B/A YOURRENT2OWN.COM* | /s/Tammy McCrae-Coley <br> Plaintiff Tammy McCrae-Coley <br> *Pro Se* <br> 1400 Battleground Ave <br> Ste 116-L <br> Greensboro, NC 27408 <br> 336-491-3163 |