# *UNITED STATES DISTRICT COURT*

MIDDLE DISTRICT OF NORTH CAROLINA

Tammy C McCrae-Coley

      v.                                                  Case Number: 1:21CV00666

Starter Home Programs, Inc., et al

# **N O T I C E**

**Take notice** that a proceeding in this case has been **set**/reset as indicated below:

                **PLACE:**    **John Hervey Wheeler**
                                    **United States Courthouse**
                                    **323 E. Chapel Hill St., Durham, NC**
**COURTROOM NO.:**    **Second Floor Courtroom**
 **DATE AND TIME:**    **January 4, 2023 at 9:30 am**
     **PROCEEDING:**    **Settlement Conference**

Each party is directed to prepare for the Court a document not exceeding three typewritten pages which sets out: (1) the perceived strength of that party's claims and/or defenses and (2) the perceived shortcomings of the opposing party's claims and/or defenses. **That document shall be served on the opposing party and emailed to the following ECF mailbox: jwebster@ncmd.uscourts.gov for Judge Webster's review no later than noon on December 30, 2022.**

**Counsel are directed to bring their clients or person with settlement authority to the settlement conference.**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:   December 6, 2022

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD