IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| TAMMY MCCRAE-COLEY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> STARTER HOMES PROGRAMS INC., ) </br> *et al.*, ) </br> ) </br> Defendants. ) </br> _____ ) | Case No. 1:21-cv-666 |

**STARTER HOMES DEFENDANTS' PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's orders, Defendants Starter Programs Homes, Inc., d/b/a renttoownhomefinder.com and Lending Cloud Homes; Starter Home Investing, Inc., d/b/a renttoownhomefinder.com and Lending Cloud Homes; Xanadu Marketing, Inc., individually (assumed name Apex Page Builder), d/b/a cloudbasedpersonalloans.com and xanadutrucking.com; and Insurance-Reviewed.com (collectively hereinafter, "Starter Homes Defendants") hereby make the following pretrial disclosures:

1. **Name and Address of Each Anticipated Witness**

    Tammy McCrae-Coley
    1400 Battleground Avenue
    Suite 116-L
    Greensboro, NC 27408
    tammycoleyjd@gmail.com
    (Plaintiff)

Edward Winkler, Esq.
956 3 Mile Road NW
Grand Rapids, MI 49544
(Contact through Defense Counsel)

Joe Delfgauw
956 3 Mile Road NW
Grand Rapids, MI 49544
(Contact through Defense Counsel)

Kyle Van Leuven
10 15 Mile Road NW
Sparta, MI 49345
(810) 624-5037

Defendants reserve the right to call any witness named by the Plaintiff. Defendants further reserve the right to call any witnesses necessary for rebuttal or impeachment purposes.

2. **Defendants' Deposition Designations**

Defendants do not anticipate presenting any witnesses by means of deposition, but Defendants do reserve the right to use any deposition for any other purpose permitted by the Federal Rules of Civil Procedure and/or Federal Rules of Evidence, including impeachment and to refresh the recollection of a witness. Defendants specifically reserve the right to read portions of or complete depositions of other persons taken in other litigation in response to any deposition designations proffered by Plaintiff.

2

### 3. Identification of Defendants' Anticipated Exhibits

Defendants' Ex. No.

1 – "Do Not Call" Policy (SHD 000001-SHD 000002)

2a – Opt-In Data (SHD 000003-SHD 000005)

2b – Native Excel Spreadsheet of Ex. 2a (provided in Deposition of Oct. 17, 2022)

3 – Opt-In Data ("Ex. B-1") (SHD 000006)

4 – Tammy McCrae-Coley PowerPoint (View 1) (SHD 000007)

5 – Tammy McCrae-Coley PowerPoint (View 2) (SHD 000008)

6 – Equity Resources, Inc. Directory Listing (SHD 000009)

7 – Missouri Secretary of State Listing (SHD 000010-SHD 000011)

8 – U.S. Dep't of Veterans Affairs Listing for Plaintiff (SHD 000012)

9 – Closed FOIA Requests (provided in Deposition of Oct. 17, 2022) (SHD 000013-SHD 000044)

10 – Opt-In Showing "Tammy Cooley" (SHD 000046)

11 – Plaintiff's Responses to Defendants' Interrogatories

12 – Plaintiff's Responses to Defendants' Requests for Production of Documents

13 – Starter Home Defendants' Answers to Plaintiff's Interrogatories and Responses to Requests for Production of Documents

3

14 – D.E. #18: Plaintiffs' 2nd Amended Complaint filed Mar. 24, 2022

Respectfully submitted, this the 10th day of January, 2023.

/s/B. Tyler Brooks
B. Tyler Brooks (N.C. Bar No. 37604)
Attorney for Starter Homes Defendants
LAW OFFICE OF B. TYLER BROOKS, PLLC
P.O. Box 10767
Greensboro, North Carolina 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
Email: btb@btylerbrookslawyer.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by email and First-Class U.S. mail on January 10, 2023.

/s/B. Tyler Brooks
B. Tyler Brooks

**SERVED:**

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L
Greensboro, NC 27408
tammycoleyjd@gmail.com

*Pro se Plaintiff*