IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TAMMY MCCRAE-COLEY, )
)
Plaintiff, )
)
v. ) Case No. 1:21-cv-666
) Plaintiff's Pretrial
) Disclosures
)
)
)
STARTER HOMES PROGRAMS INC., )
*et al.*, )
)
)
Defendants. )
)

## PLAINTIFF'S WITNESS LIST

**Joseph Delfgauw** – CEO of Starter Homes et. al. companies.

**Edward Winkler** – Counselor for Joseph Delfgauw and In house Counselor for Joseph Delfgauw's companies.

## EXHIBIT LIST

Pursuant to the court's Correspondence on December 6, 2022, TAMMY McCRAE-COLEY ("Plaintiff") hereby submit's her Exhibit List (accompanied by actual copies of each exhibits and a thumb drive with 3 videos).

P – 1   June 28 2021 Email from Winkler - associate with fraud and dishonesty

P – 2   IP address zip drive 10-17-22 from deposition

P – 3   Melissa.com report pulled by Plaintiff Oct. 2022

P – 4   Case No 3:31-cv-05610-JRC Barton v. Delfgauw
        Motion for Terminating Sanctions

P – 5   Case No 3:31-cv-05610-JRC Barton v. Delfgauw
        Original Complaint for a Civil Case and Injunctive relief

P – 6   Joseph Delfgauw – Denial to Relicense Real Estate

P – 7   Defendants alleged opt-in without 02-24/2021 notation.

P – 8   Copy of Unexplained 02-24-2021 document from Edward Winkler

P – 9   Starter Homes Better Business Bureau info.

P – 10  Notice of Deposition to Xanadu Marketing 30(b)(6)

P – 11  Notice of Deposition to Xanadu Marketing

P – 12  Delfgauw – Sentencing Memorandum United States v. D-1 Joseph Delfgauw Case 2:18-cr-20030-DML_DRG Filed 11/30/18

P – 13  Delfgauw Judgment in a criminal case – United States v. Joseph Delfgauw Case number: 0645 2:218CR20030 (1)

P – 14  Copies of the stock photos used on renttoownhomefinders.com website from crushpixel.com website as noted in the 2nd Amended Complaint.

P – 15  Copy of Beenverified.com Terms of Service

1

P – 16  May 21, 2021 email from Edward Winkler to Tammy McCrae-Coley

P – 17  Deposition October 17, 2022 Xanadu Marketing 30(b)(6) – Joseph Delfgauw

P – 18  Deposition October 17, 2022 Xanadu Marketing – Edward Winkler

P – 19  Deposition October 21, 2022 Attorney Tyler Brooks Deposition of Tammy McCrae-Coley

P – 20  Xanadu Internal DNC Policy

P – 21  Copy of 2nd Amended Complaint Case No. 1:21-cv-666

P – 22  Starter Homes Defendant's Combined Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Requests for Production and Documents

P – 23  Plaintiff's Answers to Starter Homes Interrogatories and Requests for Production of Documents.

P – 24  Defendant zip drive Timeline letter

P - 25  Screen video ApexpageBuilder.com (Thumb drive included)

P – 26  Screen video renttoownhomefinders.com and other Defendants (Thumb drive included)

P - 27  21 May, 2021 Mommiessavingsclub.com - Loom Recording.mp4 video (Thumb drive included)

P 28  Joe Delfgauw Facebook Google video (Thumb drive)

This the __10th__ day of January 2023.

                                              /s/ Tammy McCrae-Coley/

                                              Tammy McCrae-Coley
                                              TammyColeyjd@gmail.com
                                              1400 Battleground Ave.
                                              Suite 116 – L
                                              Greensboro, NC 27408
                                              336-491-3163

## CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff has this day served the foregoing **Witness List and Exhibit List** on STARTER HOME PROGRAMS INC. et. al. in person, addressed to the following:

B. Tyler Brooks
100 E Lake Dr.
Greensboro, NC 27401
Cell: (336) 707-8855
btb@btylerbrookslawyer.com


This the __10th___ day of January 2023,

                                  _/s/ Tammy McCrae-Coley/___
                                  Tammy McCrae-Coley
                                  TammyColeyjd@gmail.com
                                  1400 Battleground Ave.
                                  Suite 116 – L
                                  Greensboro, NC 27408
                                  336-491-3163