IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAMMY MCCRAE-COLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-666 |
| ) | |
| STARTER HOMES PROGRAMS INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STARTER HOMES DEFENDANTS' MOTION *IN LIMINE*

Pursuant to the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the Court's orders, Defendants Starter Programs Homes, Inc., d/b/a renttoownhomefinder.com and Lending Cloud Homes; Starter Home Investing, Inc., d/b/a renttoownhomefinder.com and Lending Cloud Homes; Xanadu Marketing, Inc., individually (assumed name Apex Page Builder), d/b/a cloudbasedpersonalloans.com and xanadutrucking.com; and Insurance-Reviewed.com (collectively hereinafter, "Starter Homes Defendants" or "Defendants") hereby move *in limine*, asking for an order precluding plaintiff, Tammy McCrae-Coley, from introducing evidence concerning, or arguing, the following:

a) Plaintiff's late-disclosed evidence;

b) Any alleged actual injury or harm (including physical, psychological/emotional, and economic harm) to Plaintiff;

    c) Settlement discussions among the parties;

    d) Joe Delfgauw's real estate licenses; and

    e) "Sending a message" or invoking the Golden Rule.

For support, Defendants rely on their contemporaneously filed memorandum of law and the accompanying exhibits.

WHEREFORE, the Starter Home Defendants respectfully ask that their motion *in limine* be granted.

Respectfully submitted, this the 18th day of January, 2023.

        /s/B. Tyler Brooks
        B. Tyler Brooks (N.C. Bar No. 37604)
        Attorney for Starter Homes Defendants
        LAW OFFICE OF B. TYLER BROOKS, PLLC
        P.O. Box 10767
        Greensboro, North Carolina 27404
        Telephone: (336) 707-8855
        Fax: (336) 900-6535
        Email: btb@btylerbrookslawyer.com

        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Court's CM/ECF system on January 18, 2023, which will send an electronic copy to the plaintiff and that a copy was also served via email and First Class U.S. mail at the address below.

/s/B. Tyler Brooks<br>
B. Tyler Brooks

**SERVED:**

Tammy McCrae-Coley
1400 Battleground Avenue
Suite 116-L
Greensboro, NC 27408
tammycoleyjd@gmail.com

*Pro se Plaintiff*