IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMMY MCCRAE-COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-666 |
| | ) | Plaintiff's Supplemental |
| | ) | Interrogatories and Response |
| | ) | To Request for Production |
| | ) | |
| STARTER HOMES PROGRAMS INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Exhibit A**

# PLAINTIFF'S SUPPLEMENTAL INTERROGATORIES AND RESPONSE TO PRODUCTION REQUEST #2

2. Any document you intend to utilize as an exhibit at any deposition, hearing, or trial in this matter, even if such exhibit would be used for impeachment, rebuttal, or demonstrative purposes only.

**RESPONSE:** See the documents on the attached zip file.

This the __9th___ day of January 2023.

    _/s/ Tammy McCrae-Coley/___

Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116 – L
Greensboro, NC 27408
336-491-3163

# CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff has this day served the foregoing **Plaintiff's Supplemental Production Response** on STARTER HOME PROGRAMS INC. et. al. by email only, addressed to the following:

B. Tyler Brooks
btb@btylerbrookslawyer.com

    _/s/ Tammy McCrae-Coley/___
Tammy McCrae-Coley
TammyColeyjd@gmail.com
1400 Battleground Ave.
Suite 116 – L
Greensboro, NC 27408
336-491-3163