are we missing Xaudeau Manetny as a defendent?

3/8/23

1:21cv666


FILED
MAR - 8 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By