IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMMY MCCRAE-COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-CV-666 |
| | ) | |
| STARTER HOME PROGRAMS INC., STARTER HOME INVESTING INC., XANADU MARKETING, INC., and INSURANCE-REVIEWED.COM, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

This action was tried by a jury beginning on March 7, 2023. The Court dismissed the claims against Xanadu Marketing, Inc. at the close of the evidence. The jury rendered a verdict in favor of Defendants, Starter Home Programs Inc., Starter Home Investing, Inc., and Insurance-Reviewed.Com.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants, Starter Home Programs Inc., Starter Home Investing, Inc., Xanadu Marketing, Inc., and Insurance-Reviewed.Com. and all claims against them are **DISMISSED** with prejudice.

This, the 9th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE